**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1723

BRIAN L. DAVIS,

Plaintiff - Appellant,

v.

FOOD LION, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:23-cv-00147-AWA-LRL)

Submitted:  December 19, 2024                    Decided:  December 23, 2024

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brian L. Davis, Appellant Pro Se.  Mallory H. Gantt, Donald Christopher Lauderdale, Greenville, South Carolina, Milena Radovic, JACKSON LEWIS PC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian L. Davis appeals the district court's order granting Defendant's motion to dismiss Davis' complaint asserting race discrimination claims under Title II of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000a to 2000a-6, and 42 U.S.C. § 1981, and denying Davis' motions to enforce proof of service, for a pretrial hearing, and for declaratory judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Davis v. Food Lion, LLC*, No. 4:23-cv-00147-AWA-LRL (E.D. Va. July 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*